1  Jeremy T. Bergstrom, Esq.                                   E-filed on August 20, 2009
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-94235

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING, LP

6
                        **UNITED STATES BANKRUPTCY COURT**
7                            **DISTRICT OF NEVADA**

8  In Re,                                      BK No.: BK-S-09-24048-MKN

9  MANUEL G GUTIERREZ AND ADELA R              Chapter 13
   GUTIERREZ,

10                                             **REQUEST FOR SPECIAL NOTICE**

                       Debtor(s).
11

   TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
12 ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13        PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14 Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP, requests that all

15 notices given in this case and all papers served or required to be served in this case (including,

16 but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and

17 Trustee's No-Asset Report), be given to and served upon the undersigned at the following

18 address and telephone number.

19        Jeremy T. Bergstrom, Esq.
          MILES, BAUER, BERGSTROM & WINTERS, LLP
20        2200 Paseo Verde Pkwy., Suite 250
          Henderson, NV  89052
21        PH (702) 369-5960

22                              MILES, BAUER, BERGSTROM & WINTERS, LLP

23 Dated:    August 19, 2009      By:    /s/ Jeremy T. Bergstrom, Esq.
                                         Jeremy T. Bergstrom, Esq.
24                                       Attorney for Secured Creditor


                                          1

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on ___August 20, 2009___, a copy of the

**Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Jorge L. Sanchez
Sanchez Law Group
930 S. Fourth St. #211
Las Vegas, NV 89101

CHAPTER 13 TRUSTEE:
Kathleen A. Leavitt
201 Las Vegas Blvd S. Ste. 200
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the

foregoing is true and correct.

                 /s/ Sarah R. Biondo
                 An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-94235/rfsnlv.dot/srb)**